UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 2:13-cr-73-FtM-38DNF

ENEDINO GALINDO

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Preliminary Order of Forfeiture for the following firearm and ammunition, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure:

    a.    a Hi Point .45 caliber rifle, model 4595 Carbine, serial number R21964;

    b.    seven (7) rounds of Blazer .45 caliber ammunition; and

    c.    forty-three (43) rounds of Federal .4 caliber ammunition.

Being fully advised in the premises, the Court finds as follows:

WHEREAS, the defendant has been adjudicated guilty of being a convicted felon in possession of the firearm and ammunition described above, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2); and

WHEREAS, the United States has established the requisite nexus between the defendant's crime of conviction and the property identified above, the government is now entitled to possession of the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is hereby **ORDERED**:

1.      That the Motion of the United States is **GRANTED**.

2.      Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), all right, title, and interest of defendant Enedino Galindo in the firearm and ammunition identified above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).   In accordance with the defendant's Plea Agreement (Doc. 35 at 9) and Rule 32.2b)(4) of the Federal Rules of Criminal Procedure, this order of forfeiture will be final as to the defendant at the time it is entered.

3.      The Court retains jurisdiction to enter any order necessary for the forfeiture and disposition of these assets, and to address any third party interests that may be asserted in these proceedings.

**ORDERED** in Fort Myers, Florida, this 17th day of March 17, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties of Record

2